JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALAN FOLKESTAD, | Case No: CV11-09908 R(JEMx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 14, 2012

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE